# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

FILED
APR 27 2017
Clerk, U.S. District Court
District Of Montana
Helena

KROHNE FUND, LP,

    Plaintiff,

vs.

STUART M. SIMONSEN, and
KAPIDYIA CAPITAL PARTNERS,
LLC,

    Defendants.

No. CV-12-04-BLG-SEH

**ORDER**

On April 25, 2017, the Court held a status conference with counsel to consider disposition of issues on remand and setting of a revised pretrial schedule. On April 27, 2017, the parties filed a Joint Motion Regarding Case Scheduling.

ORDERED:

1. The Joint Motion Regarding Case Scheduling[1] is GRANTED in part and DENIED in part.

2. The May 12, 2017, deadline established at the April 25, 2017, status conference for filing of a revised pretrial order is VACATED.

---

[1] Doc. 130.

FURTHER ORDERED:

1. Defendant Stuart M. Simonsen ("Simonsen") shall have to and including May 19, 2017, in which to file a dispositive motion and supporting brief.

2. Plaintiff Krohne Fund, LP shall have to and including June 9, 2017, in which to file its brief in response to Simonsen's motion.

3. An optional reply brief by Simonsen may be filed on or before June 16, 2017.

4. A revised pretrial schedule will be set, if appropriate, upon disposition of Simonsen's motion referenced in paragraphs 1, 2, and 3 above.

DATED this 27th day of April, 2017.

SAM E. HADDON
United States District Judge