UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KROHNE FUND, LP,<br><br>                Plaintiff,<br><br>vs.<br><br>STUART M. SIMONSEN and<br>KAPIDYIA CAPITAL PARTNERS,<br>LLC,<br><br>                Defendant. | Case No. CV-12-004-BLG-SEH<br><br>JUDGMENT IN A CIVIL CASE |

       **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

       IT IS ORDERED AND ADJUDGED pursuant to the Order (Doc. 152), Judgment is entered in favor of Defendant Stuart M. Simonsen and against Plaintiff.

       Dated this 16th day of October, 2017.

                                       TYLER P. GILMAN, CLERK

                                       By: /s/ Julie Collins
                                       Julie Collins, Deputy Clerk