FILED

DEC 11 2017

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

## BILLINGS DIVISION

|  |  |
|---|---|
| KROHNE FUND, LP, | |
| Plaintiff, | No. CV-12-04-BLG-SEH |
| vs. | **ORDER** |
| STUART M. SIMONSEN, and KAPIDYIA CAPITAL PARTNERS, LLC, | |
| Defendants. | |

This action was filed by Plaintiff against Stuart M. Simonsen

("Simonsen") and Kapidyia Capital Partners, LLC ("Kapidyia") to recover

damages under theories of fraud and deception under federal securities law, and

for common law breach of contract, promissory estoppel, fraud and constructive

fraud, negligent misrepresentation, constructive trust, and punitive damages.[1]

---

[1] Doc. 6.

On June 22, 2017, counsel for Kapidyia were granted leave to withdraw as attorneys for that Defendant.[2]

On May 19, 2017, Simonsen moved for summary judgment on all claims asserted by Plaintiff.[3] The motion was granted by order of July 20, 2017.[4] Judgment of dismissal in favor of Simonsen was entered on October 16, 2017.[5]

Kapidyia is and has been unrepresented by counsel since June 22, 2017.

No other or further actions directed to Kapidyia have been undertaken by Plaintiff since June 6, 2017.[6]

ORDERED:

Plaintiff shall have to and including December 29, 2017, in which to either:

1.    Move to dismiss all remaining claims in the case against Kapidyia, or, in the alternative,

2.    Move, with supporting brief and a proposed schedule for implementation, for a specific program to be undertaken for such actions and procedures as will be necessary and appropriate to enable the Court to proceed to

---

[2] Doc. 144.

[3] Doc. 136.

[4] Doc. 152.

[5] Doc. 153.

[6] Doc. 140.

resolution of all remaining claims on the merits.

DATED this 11th day of December, 2017.

SAM E. HADDON
United States District Judge