# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

## BILLINGS DIVISION

**FILED**

DEC 2 7 2017

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| KROHNE FUND, LP,<br><br>               Plaintiff,<br><br>   vs.<br><br>STUART M. SIMONSEN, and<br>KAPIDYIA CAPITAL PARTNERS,<br>LLC,<br><br>               Defendants. | No.  CV-12-04-BLG-SEH<br><br>**ORDER** |

Plaintiff's Motion to Dismiss All Claims Against Kapidyia[1] is GRANTED.

ORDERED

All Plaintiff's claims against Kapidyia Capital Partners, LLC are

DISMISSED.

DATED this **27** day of December, 2017.

SAM E. HADDON
United States District Judge

---

[1] Doc. 155.