UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KROHNE FUND, LP,<br><br>    Plaintiff,<br><br>vs.<br><br>STUART M. SIMONSEN and<br>KAPIDYIA CAPITAL PARTNERS,<br>LLC,<br><br>    Defendant. | Case No. CV-12-004-BLG-SEH<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED pursuant to the Order (Doc. 156), Plaintiffs Motion to Dismiss All Claims Against Kapidyia is GRANTED. All Plaintiffs claims against Kapidyia Capital Partners, LLC are DISMISSED.
  Dated this 29th day of January, 2018.

            TYLER P. GILMAN, CLERK

            By: /s/ Emily Hamnes
            Emily Hamnes, Deputy Clerk